United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLIE WIGGINS,

      Plaintiff,

  v.

ASBESTOS DEFENDANTS,

      Defendant.
                                         /

No. C 07-01322 CW

ORDER TEMPORARILY
STAYING ACTION

    IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this case to the Eastern District of Pennsylvania (MDL No. 875) for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.

    **Removing Defendant shall serve on all other parties a copy of this Order.**

Dated:  3/12/07

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE