1  ALAN R. BRAYTON, ESQ., S.B. #73685
   MARY E. POUGIALES, ESQ., S.B. #77807
2  BRAYTON❖PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 Fax

6  Attorneys for Plaintiff

7

8

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 CHARLIE WIGGINS                    )   No. C 07 1322 CW
                                      )
14         Plaintiffs,                )   STIPULATION AND [PROPOSED]
                                      )   ORDER PETITIONING COURT FOR
15 vs.                                )   LIFTING OF STAY, DISMISSING
                                      )   DEFENDANT MCDONNELL DOUGLAS
16 ASBESTOS DEFENDANTS, et al.        )   CORPORATION WITH PREJUDICE AND
                                      )   REMANDING CASE TO CALIFORNIA
17         Defendants.                )   SUPERIOR COURT
                                      )
18 MCDONNELL DOUGLAS                  )
   CORPORATION,                       )
19                                    )
           Removing Defendant.        )
20

21

22    WHEREAS:

23    (1) This case consists of asbestos personal injury action originally filed in Superior Court

24 of California, County of San Francisco (the "State Court"), Case No. CGC-07-274006, in which

25 Charlie Wiggins ("Plaintiff") alleges product liability claims against Defendant McDonnell

26 Douglas Corporation ("MDC"), among others.

27 ///

28

D:\Documents and Settings\08h\Local Settings\Temporary Internet Files\OLKB\USDC-STIP TO DISMISS-MDC AND REMAND.wpd
                                             1
STIPULATION AND [PROPOSED] ORDER PETITIONING COURT FOR LIFTING OF STAY, DISMISSING
DEFENDANT MCDONNELL DOUGLAS CORPORATION WITH PREJUDICE AND REMANDING CASE
TO CALIFORNIA SUPERIOR COURT: C 07-1322 CW

Dockets.Justia.com

1  (2) Defendant MDC filed its Notice of Removal of the State Actions on March 7, 2007
2  on "federal officer" grounds pursuant to 28 U.S.C. Section 1442(a)(1).
3  (3) Plaintiff and MDC have agreed to and do hereby stipulate that MDC should be
4  dismissed from this action with prejudice pursuant to FRCP 41(a)(2).
5  IT IS HEREBY STIPULATED by and between Plaintiff and MDC, through their
6  designated counsel, that because the sole removing defendant, MDC, is hereby dismissed with
7  prejudice from this case, remand to the State court is appropriate at this time.
8  Accordingly, the Plaintiff and MDC petition this court for an order lifting the stay of this
9  action so that it can dismiss MDC with prejudice and remand the State Actions to the State
10 Court, pursuant to this Stipulation.

11 Dated: _March 13, 2007_         BRYAN CAVE LLP

12
                                  By: _____
13                                     Robert E. Boone III
                                       Attorneys for Defendant
14                                     McDONNELL DOUGLAS CORPORATION

15

16 Dated: _____    BRAYTON❖PURCELL LLP

17

18                                 By: _____
                                       Mary E. Pougiales
19                                     Attorneys for Plaintiff

20
   ORDER:
21

22 IT IS SO ORDERED.

23

24 Dated: _____

25
                                   _____
26                                 Claudia Wilken, Judge
                                   United States District Court, Oakland
27

28

```
 1  ALAN R. BRAYTON, ESQ., S.B. #73685
    MARY E. POUGIALES, ESQ., S.B. #77807
 2  BRAYTON❖PURCELL LLP
    ATTORNEYS AT LAW
 3  222 Rush Landing Road
    P.O. Box 6169
 4  Novato, California 94948-6169
    (415) 898-1555
 5  (415) 898-1247 Fax

 6  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE WIGGINS<br><br>   Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS, et al.<br><br>   Defendants.<br><br>MCDONNELL DOUGLAS CORPORATION,<br><br>   Removing Defendant. | No. C 07 1322 CW<br><br>STIPULATION AND [PROPOSED] ORDER PETITIONING COURT FOR LIFTING OF STAY, DISMISSING DEFENDANT MCDONNELL DOUGLAS CORPORATION WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT |

WHEREAS:

(1) This case consists of asbestos personal injury action originally filed in Superior Court of California, County of San Francisco (the "State Court"), Case No. CGC-07-274006, in which Charlie Wiggins ("Plaintiff") alleges product liability claims against Defendant McDonnell Douglas Corporation ("MDC"), among others.

///

1  (2) Defendant MDC filed its Notice of Removal of the State Actions on March 7, 2007
2  on "federal officer" grounds pursuant to 28 U.S.C. Section 1442(a)(1).
3  (3) Plaintiff and MDC have agreed to and do hereby stipulate that MDC should be
4  dismissed from this action with prejudice pursuant to FRCP 41(a)(2).
5  IT IS HEREBY STIPULATED by and between Plaintiff and MDC, through their
6  designated counsel, that because the sole removing defendant, MDC, is hereby dismissed with
7  prejudice from this case, remand to the State court is appropriate at this time.
8  Accordingly, the Plaintiff and MDC petition this court for an order lifting the stay of this
9  action so that it can dismiss MDC with prejudice and remand the State Actions to the State
10  Court, pursuant to this Stipulation.

11  Dated: March 13, 2007

BRYAN CAVE LLP

By: _____
Robert E. Boone III
Attorneys for Defendant
McDONNELL DOUGLAS CORPORATION

16  Dated: March 14, 2007

BRAYTON❖PURCELL LLP

By: _____
Mary E. Pougiales
Attorneys for Plaintiff

ORDER:

IT IS SO ORDERED.

Dated: 3/20/07

_____
Claudia Wilken, Judge
United States District Court, Oakland

PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 14, 2007, I served the attached:

**STIPULATION AND [PROPOSED] ORDER PETITIONING COURT FO LIFTING OF STAY, DISMISSING DEFENDANT MCDONNELL DOUGLAS CORPORATION WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT**
**Charlie Wiggins v. Asbestos Defendants (McDonnell Douglas-Removing Def.)**
**USDC No. C07-1322 CW (San Francisco Superior Court No. CGC-07-274006)**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

| | |
|---|---|
| McDONNELL DOUGLAS CORP.<br>c/o Robert E. Boone, III<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Ph.: 310-576-2380 | CHARLIE WIGGINS<br>(party represented - addressed omitted per rules of court) |

    XXX  BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 14, 2007** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

G:\POS\MULTIP.WPD      1